1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:14-cr-00201-GMN-CWH |
| vs. ) | ORDER GRANTING MOTION FOR PRETRIAL SERVICES INTERVIEW |
| SHANNA ALEXANDER FLOYD, ) | |
| Defendant. ) | (Docket No. 19) |

Pending before the Court is Defendant's motion for an interview with Pretrial Services.  Docket No. 19.  The Court has considered Defendant's motion, Docket No. 19, and the United States' response, Docket No. 21.  The Court hereby **GRANTS** Defendant's motion for an interview with Pretrial Services. Defendant is directed to complete his interview prior to the hearing on his Motion to Reopen Detention Hearing, currently set for August 20, 2014, at 2:00 p.m.

IT IS SO ORDERED.

DATED: August 15, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge